843 A.2d 1223

**Richard C. BANEY, Appellant**

v.

**William F. WARD, Chairman and Pennsylvania Board of Probation Parole, Appellees.**

Supreme Court of Pennsylvania.

March 4, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of March, 2004, the above captioned appeal is quashed as untimely pursuant to 42 Pa.C.S. § 5571 and Pa. R.A.P. 105(b).